# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### PARTIAL JUDGMENT IN A CIVIL CASE

UNITED STATES ex rel.
TIMOTHY J. KUNEY

        **Plaintiff,**

v.                  CASE NUMBER: 5:08-CV-1239
                                      (FJS/ATB)

CABLEXPRESS CORP.,
d/b/a CXTEC

        **Defendant.**

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court having determined pursuant to Fed. R. Civ. P. 54(b) that there is no just reason for delay, judgment is entered with prejudice as to all claims by plaintiff/relator Timothy J. Kuney against defendant CABLExpress Corp. Judgment is entered without prejudice as to the United States. Plaintiff/relator's claim against the United States for an award pursuant to 31 U.S.C. § 3730(d)(2) shall remain pending.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 9th day of December, 2015.

DATED: December 9, 2015

                                             Clerk of Court

                                             s/ Nicole Eallonardo
                                             Deputy Clerk