IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES *ex rel.* <br> TIMOTHY J. KUNEY <br><br> Plaintiff, <br><br> v. <br><br> CABLEXRPESS CORP. d/b/a CXtec <br><br> Defendant. | Civil Action No. 08-CV-1239 <br> (FJS/ATB) |

## ORDER OF DISMISSAL OF RELATOR'S CLAIMS AGAINST THE UNITED STATES

Plaintiff/relator Timothy J. Kuney hereby dismisses, with prejudice, his claims against the United States for an award pursuant to 31 U.S.C. § 3730(d)(2).

FOR PLAINTIFF/RELATOR

*s/ Jonathan K. Tycko*
Jonathan K. Tycko
Tycko & Zavareei LLP
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
(202) 973-0900

IT IS SO ORDERED:

Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: April 13, 2016
Syracuse, NY

2601430.1